IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SADAKA T. DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:15-CV-166-WKW |
| | ) |
| EGAR CASTLEBERRY, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On December 29, 2015, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 8.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation is ADOPTED; and

(2) This case is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 21st day of January, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE